UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF MARCH AND APRIL, 2009, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of March and April, 2009. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 07-13748 FRANKLIN BANK V. MICHAEL EDWARD TINDALL, ET.AL
2. 07-13625 BISGEIER V. CORRECTIONAL MEDICAL SERVICES, ET.AL
3. 07-14946 SALENBIEN V. ALLSTATE INSURANCE CO.
4. 08-10261 REESE V. MICHIGAN DEPARTMENT OF CORRECTIONS
5. 08-11282 BOURDGANIS V. NORTHERN TRUST CO.
6. 08-11755 HARRIS V. NOE
7. 08-11903 ELECTRICAL WORKERS LOCAL 252 FUNDS V. SHARP ELECTRICAL SERVICES
8. 08-13706 ABASSI V. MUKASEY, ET.AL

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: February 25, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**