UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BISGEIER,

        Plaintiff,

v.   Case No. 07-13625

    Honorable Patrick J. Duggan

MICHIGAN DEPARTMENT OF
CORRECTIONS, CORRECTIONAL
MEDICAL SERVICES, INC., HAROLD
WHITE, PATRICIA L. CARUSO, GEORGE
PRAMSTALLER, D.O., JUDITH HOWZE, D.O.,
BENCY MATHAI, M.D., DR. EDDIE JENKINS,
DR. UMESH VERMA, DR. ROCCO DEMASI,
DR. CRAIG HUTCHINSON, SAVITHRI
KAKANI, P.A., BEVERLY SAINZ, P.A., and
P.A. FILSINGER,

        Defendants.
_____/

## JUDGMENT

      Plaintiff, a former Michigan Department of Corrections' inmate, filed this action against Defendants pursuant to state law and 42 U.S.C. § 1983.[1] In Count I of his complaint, Plaintiff alleges that, while he was incarcerated at the Parnall Correctional Facility, Defendants were deliberately indifferent to his medical needs in violation of the Eighth and Fourteenth Amendments. In Count II of his complaint, Plaintiff alleges that Defendants' conduct amounted to "gross negligence, willful, reckless and wanton

---

[1] The following defendants have been dismissed pursuant to stipulated orders: Michigan Department of Corrections, Patricia Caruso, Rocco DeMasi, Patricia White, George Pramstaller, Umesh Verma, Beverly Sainz, and P.A. Filsinger.

misconduct." Defendants filed a motion for summary judgment which this Court granted in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: May 21, 2009

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
J. Kelly Carley, Esq.
John L. Thurber, Esq.
Ronald W. Chapman, Esq.
David B. Mammel, Esq.
Charles D. Brown, Esq.
Clyde M. Metzger, Esq.